COMMONWEALTH of Pennsylvania,
Respondent

v.

Shawn Leon WILLIAMS, Petitioner

No. 111 WAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal and Application for Exceptional Jurisdiction and Extraordinary Relief are **DENIED.**